# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-4118

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Alfredo Garcia, also known as | * | [UNPUBLISHED] |
| Alfredo Garcia Hill, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: December 23, 2005
Filed: December 28, 2005

_____

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

A jury found Alfredo Garcia guilty of conspiring to distribute and possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. § 846, and the district court[1] sentenced him to 276 months in prison and 5 years of supervised release. On appeal, Garcia's counsel has moved to withdraw and filed a

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

brief under <u>Anders v. California</u>, 386 U.S. 738 (1967).  For the reasons discussed below, we grant counsel's motion and affirm.

We reject counsel's argument that the district court abused its discretion by granting the government's motion in limine in part and prohibiting any party from referring to the government's decision not to call a particular witness unless the party showed the relevance of the reference.  <u>See</u> Fed. R. Evid. 402 (only relevant evidence is admissible); <u>United States v. Gianakos</u>, 415 F.3d 912, 919 (8th Cir. 2005) (standard of review), <u>cert. denied</u>, 74 U.S.L.W. 3323 (U.S. Nov. 28, 2005) (No. 05-7081).

Having found no nonfrivolous issues for appeal after reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we affirm the judgment of the district court and grant counsel's motion to withdraw.

_____